# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **GEORGE MORRIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:17-CV-00350** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| **HORNET CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 14, 2018, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #39) that Defendant Hornet Corporation's Motion for Summary Judgment (Dkt. #20) be **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff George Morris's Motion for Partial Summary Judgment (Dkt. #23) be **GRANTED IN PART** and **DENIED IN PART**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, in accordance with the Report (Dkt. #39), Defendant's Motion for Summary Judgment (Dkt. #20) is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff's Motion for Partial Summary Judgment (Dkt. #23) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED**.

**SIGNED this 3rd day of October, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE